**FILED**
FEB 27 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry L. Hodge, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. **12 0310** |
| ) | |
| United States of America, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Under that statute, the Court is required to dismiss a case "at any time" it determines that the complaint is frivolous.

Plaintiff is a resident of the District of Columbia suing a hodgepodge of defendants, including the United States, the American Bar Association, the American Medical Association, Pfizer, and the Ku Klux Klan ("KKK"). His "general allegations are: the United States of America . . . and the Department of Defense . . ., and the Social Security System, is [sic] being duped by a movement controlled by the [KKK]." Compl. at 1. He seeks "a conversation" with Attorney General Eric Holder "to see if the 'USA' wants plaintiff to stand down, or continue my antitrust, economic loss, permanent injunction [] against the co[-]conspirators . . . who has [sic] been continuously duped by those on the payroll . . . ." *Id.* at 5.

A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when, as found here, it describes fantastic or delusional scenarios, or contains "fanciful factual allegation[s]."



*Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Furthermore, a complaint must be dismissed when, as also found here, it is so "patently insubstantial" as to deprive the Court of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009); *accord Caldwell v. Kagan*, 777 F. Supp.2d 177, 178 (D.D.C. 2011). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: February 22nd, 2012